

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cecil Weldon Holland,

Vs. No. 11-13-00361-CR

The State of Texas,

* From the 104th District Court
  of Taylor County,
  Trial Court No. 18199B.

* November 30, 2015

* Opinion by Bailey, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court and remand this cause to the trial court for further proceedings.